IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-06002 ESL |
| YAJAYRA TORRES MELENDEZ | * | CHAPTER 7 |
| DEBTOR | * | |

### DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULE "F"

**TO THE HONORABLE COURT:**

**COMES NOW, YAJAYRA TORRES MELENDEZ**, the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting **Amended Schedule "F"**, dated October 22, 2015, herewith and attached to this motion.

2. This amendment to Schedule "F" is filed to **include unsecured creditor Junta de Residentes Villas de Johnny Toledo, Inc., PO Box 10000 Suite 367 Cayey PR 00737 and its Attorney Melvyn E Fontan Lozada, Esq., PO Box 124 Bayamon PR 00960-0124, total balance $2,783.50 ($1,285.50 for HOA fees, plus $60 costs, $88 legal expenses, $500 and $850 for attorney's fees)**.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

3. That a copy of the original Notice of 341 Meeting of Creditors is being attached to the present notice of amended Schedule "F".

4. That notice is hereby given that the creditor included herein has a right to file complaints under 11 USC Sections 523 and 727, objections to claims of exemptions within sixty (60) days of service of the papers required by this LBR or within the time set for previously scheduled creditors to file those complaints or objections, whichever is later.

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S.**

Page -2-
Notice of Amended Schedule "F"
Case no. 15-06002 ESL7

Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached, specifically to the affected creditors as follows: **Junta de Residentes Villas de Johnny Toledo, Inc. PO Box 1000 Suite 367 Cayey PR 00737 and its Attorney Melvyn E Fontan Lozada, Esq., PO Box 124 Bayamon PR 00960-0124.**

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 22nd day of October, 2015.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE TORRES MELENDEZ, YAJAYRA                               Case No. 3:15-bk-6002
                    Debtor(s)                                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7760<br>Banco Popular De Puert<br>Gpo Box 3228<br>San Juan, PR 00936 | | H | REVOLVING ACCOUNT OPENED 6/2007 | | | | 5,916.00 |
| ACCOUNT NO. 1963<br>Banco Popular De Puert<br>Gpo Box 3228<br>San Juan, PR 00936 | | H | REVOLVING ACCOUNT OPENED 6/2007 | | | | 2,569.00 |
| ACCOUNT NO. 2569<br>Citibank N.a.<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | OPEN ACCOUNT OPENED 12/2014 | | | | 5,781.00 |
| ACCOUNT NO.<br>Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | | Assignee or other notification for:<br>Citibank N.a. | | | | |

__2__ continuation sheets attached

Subtotal
(Total of this page) $ 14,266.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE TORRES MELENDEZ, YAJAYRA  Case No. 3:15-bk-6002
Debtor(s)  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9853<br>Claro<br>Po Box 360998<br>San Juan, PR 00936 | | H | OPEN ACCOUNT OPENED 5/2013 | | | | 321.00 |
| ACCOUNT NO. 2447<br>Claro<br>Po Box 360998<br>San Juan, PR 00936 | | H | OPEN ACCOUNT OPENED 10/2012 | | | | 71.00 |
| ACCOUNT NO. 2654<br>DTOP<br>PO Box 41269 MINILLAS STATION<br>SAN JUAN, PR 00940-1269 | | | Ticket #33830490 ($50)<br>Ticket #29569417 ($250) | | | | 300.00 |
| ACCOUNT NO. 3467<br>Falcon Collection Agency<br>Lcda Karen M Grana<br>RR 4 Box 26040<br>Toa Alta, PR 00953-9471 | | | | | | | 189.42 |
| ACCOUNT NO.<br>Junta De Residentes Villas Johnny Toledo<br>PO Box 10000 Suite 367<br>Cayey, PR 00737 | | | HOA Fees | | | | 2,783.50 |
| ACCOUNT NO.<br>Melvyn E Fontan Lozada, Esq.<br>Attorney For ARJT, Inc.<br>PO Box 124<br>Bayamon, PR 00960-0124 | | | Assignee or other notification for:<br>Junta De Residentes Villas Johnny Toledo | | | | |
| ACCOUNT NO. 2344<br>Syncb/jc Penney Pr<br>Po Box 965007<br>Orlando, FL 32896 | | H | REVOLVING ACCOUNT OPENED 1/2002 | | | | 1,235.00 |

Sheet no. __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 4,899.92

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE TORRES MELENDEZ, YAJAYRA                                  Case No. 3:15-bk-6002
          Debtor(s)                                                         (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8581 <br> Us Dept Of Ed/glelsi <br> 2401 International <br> Madison, WI 53704 | | H | INSTALLMENT ACCOUNT OPENED 9/2011 | | | | 5,464.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 5,464.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 24,629.92

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE  TORRES MELENDEZ, YAJAYRA                                      Case No. __3:15-bk-6002__
                    Debtor(s)                                                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __3__ Sch. "F" sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 22, 2015**          Signature: __/s/ YAJAYRA  TORRES MELENDEZ__
                                                          YAJAYRA  TORRES MELENDEZ                                Debtor

Date: _____      Signature: _____
                                                                                                                          (Joint Debtor, if any)
                                                                        [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                                        _____
                                                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)  Case Number **15−06002−ESL 7**

**UNITED STATES BANKRUPTCY COURT** District of Puerto Rico

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/6/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
YAJAYRA TORRES MELENDEZ
PO BOX 5368
CAYEY, PR 00737

| Case Number:<br>15−06002−ESL 7 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−2654 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726−0186<br>Telephone number: 787 744−7699 | Bankruptcy Trustee (name and address):<br>ROBERTO ROMAN VALENTIN<br>US TRUSTEES OFFICE<br>PO BOX 9024003<br>SAN JUAN, PR 00902−4003<br>Telephone number: 787−740−6011 |

### Meeting of Creditors
Date: **September 15, 2015**   Time: **08:30 AM**
Location: **OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN, PR 00901**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/16/15**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901<br>Telephone number: (787) 977−6000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>MARIA DE LOS ANGELES GONZALEZ |
|---|---|
| Hours Open: Monday − Friday 8:00 AM − 4:00 PM | Date: 8/7/15 |

## EXPLANATIONS

B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint — or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) — in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

<u>Refer to Other Side for Important Deadlines and Notices</u>

```
Label Matrix for local noticing          US Bankruptcy Court District of P.R.     AEELA
0104-3                                   Jose V Toledo Fed Bldg & US Courthouse   PO Box 364508
Case 15-06002-ESL7                       300 Recinto Sur Street, Room 109         San Juan, PR 00936-4508
District of Puerto Rico                  San Juan, PR 00901-1964
Old San Juan
Thu Oct 22 15:41:10 AST 2015

Banco Popular De Puert                   Citibank N.a.                            Claro
Gpo Box 3228                             8875 Aero Dr Ste 200                     Po Box 360998
San Juan, PR 00936                       San Diego, CA 92123-2255                 San Juan, PR 00936-0998


DTOP                                     FIRSTBANK (475)                          Falcon Collection Agency
PO Box 41269 MINILLAS STATION            PO BOX 9146                              Lcda Karen M Grana
SAN JUAN, PR 00940-1269                  SAN JUAN, PR 00908-0146                  RR 4 Box 26040
                                                                                  Toa Alta, PR 00953-9471


First Bank                               Midland Funding                          SISTEMA DE RETIRO
Box Fj Fernandez Juncos Sta              8875 Aero Dr Ste 200                     PO BOX 191879
Santurce, PR 00910                       San Diego, CA 92123-2255                 SAN JUAN, PR 00919-1879


Syncb/jc Penney Pr                       Us Dept Of Ed/glelsi                     MONSITA LECAROZ ARRIBAS
Po Box 965007                            2401 International                       OFFICE OF THE US TRUSTEE (UST)
Orlando, FL 32896-5007                   Madison, WI 53704-3121                   OCHOA BUILDING
                                                                                  500 TANCA STREET SUITE 301
                                                                                  SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO            ROBERTO ROMAN VALENTIN                   YAJAYRA TORRES MELENDEZ
PO BOX 186                               US TRUSTEES OFFICE                       PO BOX 5368
CAGUAS, PR 00726-0186                    PO BOX 9024003                           CAYEY, PR 00737
                                         SAN JUAN, PR 00902-4003

                                         Junta De Residentes Villas Johnny Toledo  Melvyn E Fontan Lozada, Esq.
                                         PO Box 10000 Suite 367                    Attorney For ARJT, Inc.
                                         Cayey, PR 00737                           PO Box 124
                                                                                   Bayamon, PR 00960-0124

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17
```